UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA A. MUSUMECI,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL MUSUMECI,<br><br>Respondent. | Case No. 5:20-cv-00454-EJD<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. No. 10 |

Respondent, proceeding pro se, removed this action from the Santa Clara County Superior Court on January 21, 2020. Dkt. No. 1. Because the notice of removal did not properly attach the pleadings, this Court ordered Defendant to show cause, no later than February 12, 2020, why the action should not be remanded. Dkt. No. 10 (the "OSC"). Petitioner filed a brief in support of remand. Dkt. No 16. On February 7, 2020, Respondent filed a motion for an extension of time to respond to the OSC, and the Court granted Respondent an extension until February 26, 2020. Dkt. Nos. 21, 22. On February 26, 2020, Respondent requested a second extension—until March 2, 2020. Dkt. No. 25. The Court granted that extension, but it warned that no further extensions would be granted absent a compelling showing of good cause. Dkt. No. 28. Respondent did not file a response to the OSC by March 2, 2020.

Accordingly, this action is ordered remanded to the Santa Clara County Superior Court. The clerk shall serve a copy of this order on Respondent and the Superior Court. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 3, 2020

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-00454-EJD
ORDER REMANDING CASE
1